COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Ex parte Dennis Lee Odom

Appellate case number:   01-18-00169-CR

Trial court case number:  17-02-15931

Trial court:           506th District Court of Waller County

      The en banc court has voted to deny appellant's motion for en banc reconsideration.[*] It is ordered that appellant's motion for en banc reconsideration is **denied**.

Judge's signature:  /s/ Justice Sarah Beth Landau
                               Acting for the En Banc Court

Date:  April 16, 2019

* En banc court consists of Chief Justice Radack and Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.